DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BAYVIEW OPPORTUNITY MASTER FUND IIIA REMIC TRUST 2016-RN3,<br><br>Plaintiff,<br><br>vs.<br><br>ANTRECE WILLIAMS; SIERRA RANCH HOMEOWNERS ASSOCIATION; LEACH JOHNSON SONG & GRUCHOW, LTD.; SATICOY BAY LLC SERIES 5841 FERAL GARDEN; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00109-APG-GWF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE RESPONSES TO MOTIONS**<br><br>**(SECOND REQUEST)** |

U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3 (**U.S. Bank**), Sierra Ranch Homeowners Association (**Sierra Ranch**), and Leach Johnson Song & Gruchow (**LJS&G**), hereby stipulate and agree that U.S. Bank shall have an additional fourteen (14) days, up to and including **January 18, 2019**, to file its responses to the following motions: LJS&G's renewed motion to dismiss complaint [ECF No. 51], LJS&G's renewed motion for Rule 11 sanctions and for fees under NRS § 18.010(2)(b) [ECF No. 52], and Sierra Ranch's renewed motion to dismiss complaint [ECF No. 53]. All of the responses are currently due on January 4, 2019.

47422024;1

This is the parties' second request for an extension of this deadline, and is not intended to cause any delay or prejudice to any party.

DATED this 3rd day of January, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| /s/Natalie L. Winslow<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3* | /s/Ryan D. Hastings<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>2525 Box Canyon Dr.<br>Las Vegas, NV 89128<br><br>*Attorneys for Leach Johnson Song & Gruchow, Ltd. & for Sierra Ranch Homeowners Association* |

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT COURT JUDGE**
Dated: January 4, 2019.

47422024;1