ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com

*Attorneys for U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3 and Linear Mortgage, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR BAYVIEW OPPORTUNITY MASTER FUND IIIA REMIC TRUST 2016-RN3,<br><br>Plaintiff,<br><br>vs.<br><br>ANTRECE WILLIAMS; SIERRA RANCH HOMEOWNERS ASSOCIATION; LEACH JOHNSON SONG & GRUCHOW, LTD.; SATICOY BAY LLC SERIES 5841 FERAL GARDEN; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00109-APG-GWF<br><br>**STIPULATION AND ORDER TO SUBSTITUTE PARTIES** |

U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3 (**U.S. Bank**), Sierra Ranch Homeowners Association, Leach Johnson Song & Gruchow, Saticoy Bay LLC Series 5841 Feral Garden, and Linear Mortgage, LLC, by and through their respective counsel of record, stipulate and agree to the substitution of Linear Mortgage in the place and stead of U.S. Bank to this matter and to the case caption.

47430008;1

Linear Mortgage is the current beneficiary of record in this action.

DATED this 9th day of January, 2019.

| **AKERMAN LLP** | **LEACH KERN GRUCHOW ANDERSON SONG** |
|---|---|
| */s/Natalie L. Winslow*_____<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN3 and Linear Mortgage, LLC* | */s/Ryan D. Hastings*_____<br>RYAN D. HASTINGS, ESQ.<br>Nevada Bar No. 12394<br>SEAN L. ANDERSON, ESQ.<br>Nevada Bar No. 7259<br>2525 Box Canyon Dr.<br>Las Vegas, NV 89128<br><br>*Attorneys for Leach Johnson Song & Gruchow, Ltd. & for Sierra Ranch Homeowners Association* |
| **LAW OFFICE OF MICHAEL F. BOHN**<br><br>*/s/Michael F. Bohn*_____<br>MICHAEL F. BOHN, ESQ.<br>Nevada Bar No. 1641<br>ADAM R. TRIPPIEDI, ESQ.<br>Nevada Bar No. 12294<br>2260 Corporate Circle, Suite 480<br>Henderson, NV 89074<br><br>*Attorneys for Saticoy Bay LLC Series 5841 Feral Garden* | |

## **ORDER**

**UPON STIPULATION** of the parties, and good cause appearing, it is **ORDERED AND ADJUDGED** that Linear Mortgage, LLC will be substituted in the place and stead of U.S. Bank National Association, as Trustee for Bayview Opportunity Master Fund IIIA Remic Trust 2016-RN in this matter and to the case caption.

_____
**UNITED STATES DISTRICT COURT JUDGE**

DATED**:** _____

2

47430008;1