MICHAEL F. BOHN, ESQ.
Nevada Bar No.;1641
mbohn@bohnlawfirm.com
NIKOLL NIKCI, ESQ.
Nevada Bar No. 10699
nnikci@bohnlawfirm.com
LAW OFFICES OF
MICHAEL F. BOHN, ESQ., LTD.
2260 Corporate Circle, Suite 480
Henderson, NV 89074
(702)642-3113/ (702) 642-9766 FAX

Attorney for defendant Saticoy Bay
LLC Series 5841 Feral Garden

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINEAR MORTGAGE LLC,<br><br>Plaintiff,<br><br>vs.<br><br>ANTRECE WILLIAMS; SIERRA RANCH HOMEOWNERS ASSOCIATION; LEACH JOHNSON SONG & GRUCHOW, LTD.; SATICOY BAY LLC SERIES 5841 FERAL GARDEN; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:17-cv-00109-APG-GWF<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT SATICOY BAY LLC SERIES 5841 FERAL GARDEN TO FILE OPPOSITION TO PLAINTIFF'S SUMMARY JUDGMENT MOTION**<br>**(First Request)**<br><br>**ORDER** |

Plaintiff Linear Mortgage, LLC, defendants Sierra Ranch Homeowners Association and Saticoy Bay LLC Series 5841 Feral Garden by and through their respective counsel, hereby agree and stipulate as follows:

1. On June 5, 2019, Linear Mortgage LLC filed a summary judgment motion;

2. Saticoy Bay's response was due on June 26, 2019;

-1-

4. Saticoy Bay timely prepared the response, however, inadvertently did not file it on June 26, 2019;

5. Saticoy Bay requests leave to file its response, and will not need more than one day from filing of the Court's order granting leave;

6. Counsel for Linear Mortgage LLC does not oppose the request;

7. Counsel for Sierra Ranch Homeowners Association does not oppose the request;

7. This stipulation is made in good faith and not for purposes of delay.

DATED this 27th day of June, 2019.  DATED this 27th day of June, 2019.

AKERMAN LLP  LEACH KERN GRUCHOW ANDERSON SONG

*/s/* Natalie L. Winslow, Esq.  */s/* Ryan D. Hastings, Esq.
Ariel E. Stern, Esq.  Sean L. Anderson, Esq.
Natalie L. Winslow, Esq.  Ryan D. Hastings, Esq.
1635 Village Center Circle, Suite 200  2525 Box Canyon Drive
Las Vegas, NV 89134  Las Vegas, NV 89128
Attorneys for Plaintiff  Attorneys for Defendant Sierra Ranch
Linear Mortgage, LLC  Homeowners' Association

LAW OFFICES OF
MICHAEL F. BOHN, ESQ.
*/s/ Michael F. Bohn*
Michael F. Bohn, Esq.
Nikoll Nikci, Esq.
2260 Corporate Circle
Suite 480
Henderson, Nevada 89074
Attorneys for Defendant Saticoy Bay
LLC Series 1236 Dusty Creek

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE
Dated: June 27, 2019.