**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
RYAN D. HASTINGS
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
sanderson@lkglawfirm.com
rhastings@lkglawfirm.com
*Attorneys for Defendant Sierra Ranch Homeowners' Association*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LINEAR MORTGAGE, LLC, | Case No.: 2:17-cv-00109-APG-EJY |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING REPLY DEADLINE** |
| vs. | [ECF. 89] |
| ANTRICE WILLIAMS; SIERRA RANCH HOMEOWNERS ASSOCIATION; LEACH JOHNSON SONG & GRUCHOW, LTD.; SATICOY BAY LLC SERIES 5841 FERAL GARDEN; DOE INDIVIDUALS I-X, inclusive, and ,ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

Defendant Sierra Ranch Homeowners' Association (the "Association"), and Linear Mortgage, LLC, ("Plaintiff"), by and through counsel of record, hereby stipulate and agree as follows:

/ / /

/ / /

1. On June 6, 2019, the Plaintiff filed a First Amended Complaint (ECF. 74).

2. On August 19, 2019, the Association filed a Motion to Dismiss First Amended Complaint (ECF. 89).

3. On September 3, 2019, the Plaintiff filed a Response to Motion to Dismiss Amended Complaint (ECF. 90).

4. The Association's reply is currently due September 10, 2019. Based on current workload, counsel for the Association has requested, and Plaintiff's counsel has agreed, to a one week extension to file its reply to its Response.

5. The Parties agree to extend the reply deadline for the Association to **September 17, 2019.**

6. This is the Parties' first request of this extension and is not intended to delay the case or to prejudice any party.

Agreed to by:

| **Leach Kern Gruchow Anderson Song** | **Akerman, LLP** |
|---|---|
| */s/ Ryan D. Hastings* | */s/ Scott R. Lachman* |
| Sean L. Anderson<br>Nevada Bar No. 7259<br>Ryan D. Hastings<br>Nevada Bar No. 12394<br>2525 Box Canyon Drive<br>Las Vegas, NV 89128<br>*Attorneys for Sierra Ranch Homeowners' Association* | Natalie L. Winslow<br>Nevada Bar No. 12125<br>Scott R. Lachman<br>Nevada Bar No. 12016<br>1635 Village Center Circle, #200<br>Las Vegas, NV 89134<br>*Attorneys for Linear Mortgage, LLC* |

**ORDER**

**IT IS SO ORDERED** this 10th day September, 2019.

_____
U.S. DISTRICT JUDGE