# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINEAR MORTGAGE, LLC, | Case No.: 2:17-cv-00109-APG-EJY |
| Plaintiff | **Order Denying Pending Motions as Moot** |
| v. | [ECF Nos. 70, 71, 72, 89] |
| ANTRECE WILLIAMS, et al., | |
| Defendants | |

In light of the parties' notice of settlement (ECF No. 98),

I ORDER that the pending motions **(ECF Nos. 70, 71, 72, 89) are DENIED as moot**.

DATED this 24th day of April, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE