P. STERLING KERR, ESQ.
Nevada Bar No. 003978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
LAW OFFICES OF P. STERLING KERR
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451–2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com
*Attorneys for Linear Mortgage, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LINEAR MORTGAGE, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>ANTRECE WILLIAMS; SIERRA RANCH HOMEOWNERS ASSOCIATION; SATICOY BAY LLC SERIES 5841 FERAL GARDEN; DOE INDIVIDUALS I-X, inclusive, and ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | Case No.: 2:17-cv-00109-APG-EJY<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

Plaintiff Linear Mortgage, LLC, and Defendants Sierra Ranch Homeowners Association and Satiscoy Bay LLC Series 5841 Feral Garden, by and through their counsel of record, stipulate and agree as follows:

**IT IS HEREBY STIPULATED AND AGREED** that the above entitled matter shall be dismissed with prejudice.

**IT IS HEREBY STIPULATED AND AGREED** that the Lis Pendens recorded by Plaintiff against the subject property on January 17, 2017 with the Clark County Recorder's Office as Instrument No. 201701170001162 shall be released.

**IT IS FURTHER STIPULATED AND AGREED** that each party shall bear its own attorney's fees and costs.

| | |
|---|---|
| Dated this 29th day of May 2020. | Dated this 29th day of May2020. |
| LAW OFFICES OF P. STERLING KERR | MICHAEL F. BOHN, ESQ., LTD. |
| /s/ Taylor Simpson | /s/ Adam R. Trippiedi |
| _____ | _____ |
| P. STERLING KERR, ESQ. | ADAM R. TRIPPIEDI, ESQ. |
| Nevada Bar No. 3978 | Nevada Bar No. 1229 |
| TAYLOR SIMPSON, ESQ. | 2260 Corporate Circle, Suite 480 |
| Nevada Bar No. 6485 | Henderson, Nevada 89074 |
| 2450 St. Rose Parkway, Suite 120 | Telephone No. (702) 642-3113 |
| Henderson, Nevada 89074 | Facsimile No. (702) 642-9766 |
| Telephone No. (702) 451-2055 | atrippiedi@bohnlawfirm.com |
| Facsimile No. (702) 451-2077 | *Attorneys for Defendant Saticoy Bay* |
| sterling@sterlingkerrlaw.com | *LLC Series 5841 Feral Garden* |
| taylor@sterlingkerrlaw.com | |
| *Attorneys for Linear Mortgage, LLC* | |

Dated this 29th day of May 2020.

LEACH KERN GRUCHOW ANDERSON SONG

/s/ Ryan D. Hastings
_____
RYAN D. HASTINGS, ESQ.
Nevada Bar No. 012394
2525 Box Canyon Drive
Las Vegas, NV 89128
Telephone No. (702) 538-9074
Facsimile No. (702) 538-9113
rhastings@ikglawfirm.com
*Attorneys for Sierra Ranch Homeowners Association*

**ORDER**

The Court, having reviewed the Stipulation of the parties, and good cause appearing, hereby orders as follows:

IT IS ORDERED, Plaintiff's First Amended Complaint and Defendant Saticoy Bay's Counterclaims are dismissed with prejudice.

IT IS FURTHER ORDERED, Plaintiff shall release the Lis Pendens against the subject property.

Dated: May 29, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted,

LAW OFFICES OF P. STERLING KERR

/s/ Taylor Simpson
_____
P. STERLING KERR, ESQ.
Nevada Bar No. 3978
TAYLOR SIMPSON, ESQ.
Nevada Bar No. 13956
2450 St. Rose Parkway, Suite 120
Henderson, Nevada 89074
Telephone No. (702) 451-2055
Facsimile No. (702) 451-2077
Email: sterling@sterlingkerrlaw.com
Email: taylor@sterlingkerrlaw.com
*Attorneys for Linear Mortgage, LLC*